**Harold D. JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71309.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Harold D. Jackson, appeals from the judgment of the Circuit Court of Cape Girardeau County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opin-

ion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).